UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CV-541-MOC

| | |
|---|---|
| MATTHEW EDEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **ORDER** |

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the case for further administrative proceedings. Plaintiff, through counsel, consents to Defendant's Motion for Remand to the Acting Commissioner.

The motion is **GRANTED**. Pursuant to the power of this Court to enter a judgment reversing the Acting Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), this Court hereby **REVERSES** the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the case to the Acting Commissioner for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991).

**IT IS THEREFORE ORDERED** that:

(1) Defendant's Consent Motion to Remand, (Doc. No. 13) is **GRANTED**.

(2) Plaintiff's Motion for Summary Judgement, (Doc. No. 11), is **TERMINATED** as **MOOT**.

Signed: May 6, 2022

*Max O. Cogburn Jr*
United States District Judge