UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-541

| MATTHEW EDEN, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, Defendant | ) |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion for Entry of Order Accepting the Parties' Settlement Agreement on Attorney's Fees. (Doc. No. 16). The parties agree that Plaintiff should be awarded an attorney's fee under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $6,000.00.

The motion is **GRANTED**. It is therefore **ORDERED** that the Commissioner of Social Security pay to Plaintiff the sum of $6,000.00, and upon the payment of such sums this case is dismissed with prejudice. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Derrick Arrowood, and mailed to his office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

**IT IS SO ORDERED**.

Signed: July 28, 2022

Max O. Cogburn Jr.
United States District Judge